IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS MARSHAY HILL
ADC #0033839                                                                PLAINTIFF

v.                          No. 3:22-cv-32-DPM

FALICIA ROWLAND, Lieutenant, Greene
County Detention Center; ROBERT
CASE, Administrator, Greene County
Detention Center; BRENT COX, Admin,
Greene County Detention Center;
DILLON MASON, Sergeant, Greene
County Detention Center; ALICIA
HOUBLE, Grievance Responder, Greene
County Detention Center; CODY LEWIS,
Video Visit Grievance, Greene County
Detention Center; JUSTIN KAYOB, CEO
Officer, Greene County Detention Center;
MATTHREWS ELKS, CEO Officer,
Greene County Detention Center;
SHANCHAZE, Sergeant, Greene County
Detention Center; SCOTY
HOFFMASTER, CEO Employee, Greene
County Detention Center; JAMES GLEN,
CEO Employee, Greene County Detention
Center; and DOES, Sergeant Kendra and
Maintenance                                                                 DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 8.* FED. R. CIV. P. 72(b) (1983 addition to advisory

committee notes). Hill's amended complaint will be dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1815(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2022