IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS MARSHAY HILL
ADC #0033839                                                                                   PLAINTIFF

v.                          No. 3:22-cv-32-DPM

FALICIA ROWLAND, Lieutenant, Greene
County Detention Center; ROBERT
CASE, Administrator, Greene County
Detention Center; BRENT COX, Admin,
Greene County Detention Center;
DILLON MASON, Sergeant, Greene
County Detention Center; ALICIA
HOUBLE, Grievance Responder, Greene
County Detention Center; CODY LEWIS,
Video Visit Grievance, Greene County
Detention Center; JUSTIN KAYOB, CEO
Officer, Greene County Detention Center;
MATTHREWS ELKS, CEO Officer,
Greene County Detention Center;
SHANCHAZE, Sergeant, Greene County
Detention Center; SCOTY
HOFFMASTER, CEO Employee, Greene
County Detention Center; JAMES GLEN,
CEO Employee, Greene County Detention
Center; and DOES, Sergeant Kendra and
Maintenance                                                                                    DEFENDANTS

-2-

## JUDGMENT

Hill's amended complaint is dismissed without prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 April 2022